IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL DARNELL OLIVER, | : |
| AIS #207467, | |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 13-0315-WS-C |
| C.O. RODNEY L. BREWER, et al., | : |
| Defendants. | : |

-------------------------------------------------------------------------------------------------------

| | |
|---|---|
| MICHAEL DARNELL OLIVER, | : |
| AIS #207467, | |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 13-0254-WS-C |
| SERGEANT CHRISTOPHER EARL, et al., | : |
| Defendants. | : |

## **ORDER**

After due and proper consideration of all the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 19, 2013 is ADOPTED as the opinion of this Court.

DONE this 10th day of July, 2013.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE