IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL DARNELL OLIVER, AIS #207467, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 13-0315-WS-C |
| C.O. RODNEY L. BREWER, et al., | : |
| Defendants. | : |

-------------------------------------------------------------------------------------------------------

| | |
|---|---|
| MICHAEL DARNELL OLIVER, AIS #207467, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 13-0254-WS-C |
| SERGEANT CHRISTOPHER EARL, et al., | : |
| Defendants. | : |

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that that these two civil actions be and are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g).

DONE this 10th  day of  July, 2013.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE